IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETTY COUNCIL,

    Plaintiff,

v.                                                 CASE NO. 1:06-cv-00194-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Motion to Continue Hearing by Betty Council. The motion is granted, and the All Pending Motions Hearing is hereby reset for October 23, 2007 at 3:00 p.m.

**DONE AND ORDERED** this  *17th*   day of October, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge